# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Silberman, Laurence H. | U.S. Court of Appeals D.C. Circuit | 05/11/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Circuit Court Judge - Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

333 Constitution Avenue, N.W.
Room 3400
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silberman, Laurence H. | 05/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Georgetown University Law Center, Distinguished Visitor from the Judiciary, Spring and Fall | $90,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Pension benefit |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Federalist Society in Law and Public Policy Studies | 03/07/11 -03/10/11 | Berkeley, CA and San Franscisco, CA | Speech - UC Berkeley School of Law (3/8) ; speech - Federalist Society Chapter (3/9) | Airfare, hotel, meals, rental car, car service to/from airport |
| 2. | The Federalist Society in Law and Public Policy Studies | 10/11/11 | New York, NY | Speech - Columbia Law School | Airfare, hotel, meals, taxis, airport parking |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silberman, Laurence H. | 05/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Russell Lindner | Colonial Parking Pass | $400 |
| 2. | Kirkland & Ellis, LLP, Washington, DC | Pro bono legal services and costs (see note in Part VIII) | $48,844.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Home Equity line on rental property #1, Washington, DC (Pt. VII, line 12) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silberman, Laurence H. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America, Washington, DC, Checking | | None | K | T | | | | | |
| 2. IRA #1 | | | | | | | | | |
| 3. --T. Rowe Price IRA Spectrum Income | E | Dividend | O | T | Redeemed (part) | 01/03/11 | J | | |
| 4. | | | | | Sold (part) | 05/12/11 | L | | |
| 5. --T. Rowe Price IRA Spectrum Growth | D | Dividend | O | T | Redeemed (part) | 01/03/11 | J | | |
| 6. | | | | | Buy (add'l) | 05/12/11 | L | | |
| 7. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 8. --Franklin Federal Tax Free Income Fund Class A | D | Interest | M | T | | | | | |
| 9. Georgetown University 401(k) Plan | B | Int./Div. | L | T | | | | | |
| 10. JP Morgan Chase | A | Dividend | J | T | | | | | |
| 11. Net Lease Ventures LP | A | Interest | M | T | | | | | |
| 12. Rental Property #1, Washington, DC | D | Rent | O | S | | | | | |
| 13. IRA #2 | | | | | | | | | |
| 14. --Deltec Recovery Fund, LP | | None | J | T | | | | | |
| 15. --Thornburg Core Growth Fund Cl I | | None | | | Sold | 01/26/11 | N | | |
| 16. --Westport Fund- Cl R | | None | M | T | | | | | |
| 17. --Frontegra Ironbridge Small Cap Fund | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silberman, Laurence H. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Columbia Intl Value Fund Cl Z | | None | | | Sold | 11/04/10 | K | C | See note in part VIII |
| 19. --First Eagle Sogen Funds Inc Overseas Fd Cl I | B | Dividend | K | T | | | | | |
| 20. --Schwab Advisor Cash Reserves | A | Interest | K | T | | | | | |
| 21. --Lazard International Strategic Inst | A | Dividend | K | T | Buy | 11/05/10 | K | | See note in part VIII |
| 22. --Schwab Fundamental Int'l Large Index Institutional | B | Dividend | K | T | Buy | 11/05/10 | K | | See note in part VIII |
| 23. --Third Avenue Focused Credit Inst | D | Dividend | M | T | Buy | 01/27/11 | M | | |
| 24. --Vanguard Short Term Bond Index Signal | B | Dividend | L | T | Buy | 01/27/11 | L | | |
| 25. --Schwab Fundamental US Large Index Shares | D | Dividend | N | T | Buy | 01/27/11 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silberman, Laurence H. | 05/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V, Line 2. Amount of $48,844 includes costs of $996.

Part VII, Lines 3 and 5. Partial redemptions listed are the first payments in a series of monthly, same-sized redemptions from the IRA account, with part taken from each of the two investments listed. There were 12 such transactions in 2011.

Part VII, line 12. This property was assessed at $966,000 by the District of Columbia for 2011.

Part VII, line 18, 21 and 22. In the course of completing the 2011, report it was discovered that the sales of one asset on 11/4/10 (line 18), and the subsequent purchase of two different assets with the proceeds on 11/5/10, were inadvertently omitted from the 2010 report. These three transactions, one sale and two purchases, are reported here.

| Name of Person Reporting | Date of Report |
|---|---|
| Silberman, Laurence H. | 05/11/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laurence H. Silberman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544